Image ID: D05944750C01

FILED BY
Clerk of the DOUGLAS District Court
04/21/2022
D00791180D01

Page:     1
DATE:  4/21/2022

DOUGLAS COUNTY COURT

Electronic Transcript Table of Contents
        Volume 1 of 1.


Electronic Transcript Prepared By Charlene Tanner

Mark A Mehner v. Panera LLC
Receiving Court                 DOUGLAS District Court
Originating Court Case No.      DOUGLAS County Court CI 21 6689


**Contained Herein - Volume 1**

| Date | Filing | Page |
|------|--------|------|
| 04/09/2021 | Complaint-Praecipe | 1 |
| 04/09/2021 | Summons Issued | 7 |
| 04/09/2021 | Summons Issued | 9 |
| 04/09/2021 | Summons Issued | 11 |
| 04/09/2021 | Summons Issued | 13 |
| 10/06/2021 | Return-Summons | 15 |
| 10/06/2021 | Return-Summons | 18 |
| 10/06/2021 | Return-Summons | 21 |
| 10/06/2021 | Return-Summons | 24 |
| 10/21/2021 | Certificate | 27 |
| 11/02/2021 | Answer | 31 |
| 11/05/2021 | Jury Case Reassigned | 36 |
| 01/14/2022 | Answer | 38 |
| 04/16/2022 | Motion-Transfer | 44 |
| 04/20/2022 | Order | 47 |
| 04/21/2022 | Certificate | 49 |

EXHIBIT 2

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0013138690
Filing Date: 04/09/2021 11:05:04 AM CDT

## IN THE COUNTY COURT OF DOUGLAS COUNTY NEBRASKA

MARK A. MEHNER ,                                    Case No.  CI-21-____

        Plaintiff,

vs.

                                    **COMPLAINT**

PANERA, LLC, a Foreign Limited
Liability Company, and FUTURE
DESIGN STUDIOS, INC., a New
York Corporation, and JOHN AND
JANE DOE, individuals,

        Defendants.

1.  Plaintiff is, and has been at all times relevant, a resident of Douglas County, Nebraska.

2.  Defendant Panera, LLC, is a limited liability company, foreign to Nebraska, doing business in Omaha, Douglas County Nebraska at one or more locations including its business operation at 17730 W. Center Rd., Omaha, Nebraska ("Panera").

3.  The Defendant Future Design Studios, Inc., is a corporation, foreign to Nebraska, but engaged in interstate commerce, and has, in the past, including this instance, sold and delivered its products into the State of Nebraska, including, but not necessarily limited to, the Panera location described above ("FDS").

4.  The Defendants John and Jane Doe are the responsible individuals for the events described herein below, each of whom is believed to be an employee and/or agent of either Panera or FDS.  The Defendant John Doe is an employee and/or agent of Panera; the Defendant Jane Doe is an employee and/or agent of FDS.  In each instance hereinafter that reference is made either to Panera or FDS, such reference

includes a reference to the respective parties John Doe and Jane Doe according to their affiliations with either Panera or FDS.

5.   On April 11, 2017, Plaintiff was a paying customer at Panera's restaurant at 17730 West Center Road, Douglas County (the "Restaurant").  On that date, and as Plaintiff was patronizing Panera, Plaintiff was sitting on a chair in such restaurant for approximately 5 minutes, when, suddenly and without warning, the chair failed, collapsed and broke causing the Plaintiff to fall on to the concrete floor and be injured. The chair was selected by Panera for it restaurant seating, in which Panera and its agents have experience.  The chair was purchased by Panera from the Defendant FDS, which Defendant is and was the designer and/or manufacturer and/or both, of the chair which failed, all as described above.

6.   Panera owed to the Plaintiff certain duties and obligations of care which Panera violated, and the violation of these duties and obligations consisted of, but were not necessarily limited to, the following:

(a)   Failing to make reasonable inspections of the chair to determine whether said chair can continue to exist in a reasonable and safe condition, free from hazards and/or defects, which could harm invitees on the premises;

(b)   Failing to maintain the wooden chair in a reasonably safe condition;

(c)   Failing to warn all of those persons who use the chair, Plaintiff in particular, of hazards such as the one that was the proximate cause of Plaintiff's injuries;

(d)   Failing to repair or replace the chair prior to the incident in question;

(e)   Failing to maintain and/or utilize the chair as instructed so that Plaintiff could safely be seated.

7.   As a direct and approximate result of Panera's negligence, Plaintiff sustained

permanent, painful and severe injuries to his back, including but not limited to, compression fracture(s) at L1 and L2.

8.   As a further result of said occurrence, the Plaintiff has suffered and will continue to suffer for the balance of his natural life extreme, intense bodily pain by reason of the permanent and incurable injuries sustained by him as herein before described.

9.   Further, as direct and proximate result of Panera's negligence, Plaintiff has suffered and will continue to suffer ongoing pain and suffering, shock, humiliation, embarrassment, mortification, disability, inability to do thinks that he could previously do, impairment of ability to work and earn income, in addition to damages, all past, present and future.

10.   Plaintiff has been compelled to expend money for medical care and treatment and will be so compelled to expend further sums of money for the balance of his natural life, for medical care and treatment.

WHEREFORE, Plaintiff prays for judgment against Panera in an amount to be proven at trial, for general present and special damages, together with future damages and for any and all such damages allowed by law, for the costs of this action and for such other relief as the Court may deem just and equitable.

## SECOND CAUSE OF ACTION (Spoliation)

11.   Plaintiff hereby incorporates the allegations set forth above, in paragraphs 1 through 10, inclusive, as if fully repeated.

12.   Panera, on or shortly after the events described above in paragraph 5, either by negligence or intent, destroyed evidence of the events described above in paragraph 5, by seeing to the destruction of the subject chair and/or one or more videotaped

3

recordings of the events described above in paragraph 5, and although having been placed on notice to not cause any such destruction.

13.   Panera, at the time, had a duty toward the Plaintiff to preserve such evidence.

14.   Panera, as described hereinabove, breached its duty by destroying such evidence, by which destruction the Plaintiff has been further damaged.

WHEREFORE, Plaintiff prays for judgment on his Second Cause of Action against Panera in an amount to be proven at trial, for general present and special damages, together with future damages and for any and all such damages allowed by law, for the costs of this action and for such other relief as the Court may deem just and equitable.

THIRD CAUSE OF ACTION (Strict Liability)

15.  Plaintiff hereby incorporates the allegations set forth above, in paragraphs 1 through 14, inclusive, as if fully repeated.

16.   FDS participated in the sale of a product (the subject chair) that it/they delivered and/or installed at the Restaurant.

17.   FDS assembled and/or manufactured and/or designed and/or installed the same product (the subject chair) which contained a defective condition because the design of the product was defective and unsafe.

18.   The defective and unsafe product (the chair) remained unchanged and was in the same condition at the time of the injury alleged as it was at the time of manufactured and/or assembly and/or delivery and/or first use.

19.   As a direct and proximate result of the foregoing, the Plaintiff was damaged and injured as described hereinabove.

4

WHEREFORE, Plaintiff prays for judgment on his Third Cause of Action against FDS in an amount to be proven at trial, for general present and special damages, together with future damages and for any and all such damages allowed by law, for the costs of this action and for such other relief as the Court may deem just and equitable.

FOURTH CAUSE OF ACTION (Negligent Design)

20. Plaintiff hereby incorporates the allegations set forth above, in paragraphs 1 through 19, inclusive, as if fully repeated.

21. FDS built and/or designed and/or delivered and/or assembled the product (the chair) and that product (the chair) had a defective design. Accordingly, FDS owed a duty to the Plaintiff, the end user, that the product be designed and/or built and/or delivered and/or assembled in such a way that made the product (the chair) safe for its intended purpose.

22. FDS knew or should have known when designing and/or building and/or assembling and/or delivering the product (the chair) that it was designed/built/assembled defectively, creating an unreasonable risk of injury for the Plaintiff.

23. FDS was negligent for failing to properly design/build/assemble and communicate the defect in the product (the chair) to Panera and/or Plaintiff, creating a clear and immediate risk of serious injury to the end user(s) of the product (the chair). As a direct and proximate result, Plaintiff sustained injury as describe hereinabove.

WHEREFORE, Plaintiff prays for judgment on his Fourth Cause of Action against FDS in an amount to be proven at trial, for general present and special damages, together with future damages and for any and all such damages allowed by law, for the costs of this action and for such other relief as the Court may deem just and equitable.

Dated:  April 6, 2021.

MARK A. MEHNER, Plaintiff,

By:  <u>Terry K. Barber</u>
     His  Attorney

Terry K. Barber     No. 10188
Barber & Barber, P.C., L.L.O.
300 North 44th Street, Suite 205
P.O. Box 4555
Lincoln, Nebraska 68504-0555
(402) 434-5427

## <u>NO SUMMONS IS REQUESTED AT THIS TIME.</u>

6

Image ID:
D05641661C01

## SUMMONS

Doc. No.  5641661

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
          1701 Farnam-Criminal/Trfc/Probate
          1819 Farnam - Civil/Small Claims
          Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21    6689

TO:  Panera LLC

**FILED BY**

Clerk of the Douglas County Court
04/09/2021

You have been sued by the following plaintiff(s):

     Mark A Mehner

Plaintiff's Attorney:     Terry K Barber
Address:                  300 N 44th Ste 205
                          Lincoln, NE 68503

Telephone:                (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  9, 2021      BY THE COURT:                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          Panera LLC
          CSC Lawyers
          233 S 13th St  #1900
          Lincoln, NE 68508

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

| SERVICE RETURN | Doc. No.  5641661 |
|---|---|

```
              Douglas County Court
              1701 Farnam-Criminal/Trfc/Probate
              1819 Farnam - Civil/Small Claims
              Omaha                    NE 68183
To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC
```

Received this Summons on _____,_____.  I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return       $  _____

Copy                        _____

Mileage ____miles          _____

   TOTAL               $  _____

Date: _____   BY: _____
                                          (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                          _____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Panera LLC                      From: Terry K Barber
    CSC Lawyers                           300 N 44th Ste 205
    233 S 13th St  #1900                  Lincoln, NE 68503
    Lincoln, NE 68508
```


ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D05641662C01

## SUMMONS

Doc. No.   5641662

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
                    1701 Farnam-Criminal/Trfc/Probate
                    1819 Farnam - Civil/Small Claims
                    Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21    6689

TO:  Furniture Design Studios Inc

**FILED BY**
Clerk of the Douglas County Court
04/09/2021

You have been sued by the following plaintiff(s):

     Mark A Mehner

Plaintiff's Attorney:    Terry K Barber
Address:                 300 N 44th Ste 205
                         Lincoln, NE 68503

Telephone:               (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  9, 2021      BY THE COURT:

                                               Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          Furniture Design Studios Inc
          Ninon Trudel CEO
          1500 Old Country Road
          Plainview, NY 11803

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

| SERVICE RETURN | Doc. No.   5641662 |
|---|---|

```
            Douglas County Court
            1701 Farnam-Criminal/Trfc/Probate
            1819 Farnam - Civil/Small Claims
            Omaha                    NE 68183
To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC
```

Received this Summons on _____,_____.  I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $  _____

Copy                          _____

Mileage ____miles            _____

   TOTAL                  $  _____

Date: _____   BY: _____
                                         (Sheriff or authorized person)

# CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                           _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Furniture Design Studios Inc          From: Terry K Barber
    Ninon Trudel CEO                             300 N 44th Ste 205
    1500 Old Country Road                        Lincoln, NE 68503
    Plainview, NY 11803
```


ATTACH RETURN RECEIPT & RETURN TO COURT

| Image ID: | **SUMMONS** | |
|---|---|---|
| D05641663C01 | | Doc. No.  5641663 |

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
                   1701 Farnam-Criminal/Trfc/Probate
                   1819 Farnam - Civil/Small Claims
                   Omaha                NE 68183


Mark A Mehner v. Panera LLC

                                            Case ID: CI 21    6689


TO:  John Doe

                                            **FILED BY**
                                        Clerk of the Douglas County Court
                                                 04/09/2021

You have been sued by the following plaintiff(s):

     Mark A Mehner




Plaintiff's Attorney:    Terry K Barber
Address:                 300 N 44th Ste 205
                         Lincoln, NE 68503

Telephone:               (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  9, 2021      BY THE COURT:

                                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

     John Doe
     CSC Lawyers
     233 S 13th St  #1900
     lincoln, NE 68508

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

| SERVICE RETURN | Doc. No.   5641663 |
|---|---|

```
          Douglas County Court
          1701 Farnam-Criminal/Trfc/Probate
          1819 Farnam - Civil/Small Claims
          Omaha                    NE 68183
To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC
```

Received this Summons on _____,_____.  I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return         $  _____

Copy                          _____

Mileage ____miles           _____

   TOTAL                  $  _____

Date: _____   BY: _____
                                            (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                              _____

Postage $ _____     Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: John Doe                      From: Terry K Barber
    CSC Lawyers                          300 N 44th Ste 205
    233 S 13th St  #1900                 Lincoln, NE 68503
    lincoln, NE 68508
```

ATTACH RETURN RECEIPT & RETURN TO COURT

| Image ID:<br>D05641664C01 | **SUMMONS** | Doc. No.  5641664 |
|---|---|---|

```
            IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
                    1701 Farnam-Criminal/Trfc/Probate
                    1819 Farnam - Civil/Small Claims
                    Omaha                    NE 68183
```

Mark A Mehner v. Panera LLC

                                        Case ID: CI 21    6689

TO:  Jane Doe

**FILED BY**
Clerk of the Douglas County Court
04/09/2021

You have been sued by the following plaintiff(s):

     Mark A Mehner

```
Plaintiff's Attorney:    Terry K Barber
Address:                 300 N 44th Ste 205
                         Lincoln, NE 68503

Telephone:               (402) 434-5429
```

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  APRIL  9, 2021      BY THE COURT:                         Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

```
          Jane Doe
          Ninon Trudel CEO
          1500 Old Country Road
          Plainview, NY 11803
```

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

| SERVICE RETURN | Doc. No.   5641664 |

```
                    Douglas County Court
                    1701 Farnam-Criminal/Trfc/Probate
                    1819 Farnam - Civil/Small Claims
                    Omaha                    NE 68183
To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC
```

Received this Summons on _____,_____.  I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $  _____

Copy                       _____

Mileage ____miles          _____

   TOTAL            $  _____

Date: _____  BY: _____
                                           (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                    _____

Postage $ _____   Attorney for:  _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Jane Doe                        From: Terry K Barber
    Ninon Trudel CEO                      300 N 44th Ste 205
    1500 Old Country Road                 Lincoln, NE 68503
    Plainview, NY 11803
```



ATTACH RETURN RECEIPT & RETURN TO COURT

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction No: 0014416296
Filing Date: 10/06/2021 02:38:10 PM CDT

**SERVICE RETURN**

Douglas County Court
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                              _____

Mileage ____miles          _____

   TOTAL                  $ _____

Date: _____   BY: _____
                                        (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ *Panera LLC*

At the following address: _____ *CSC Lawyers*
*(also successfully faxed to published* *233 S. 13th St. #1900*
*fax number 314-909-3300)* *Lincoln NE 68508*

on the *6th* day of *October* *2021*, as required by Nebraska state law.

                                                      *+ Barber*
Postage $ *7.53*   Attorney for: *T Mehner*

The return receipt for mailing to the party was signed on _____, _____.

To: Panera LLC                    From: Terry K Barber
    CSC Lawyers                          300 N 44th Ste 205
    233 S 13th St  #1900                 Lincoln, NE 68503
    Lincoln, NE 68508

ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D05641661C01

## SUMMONS

Doc. No.   5641661

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21    6689

TO:  Panera LLC

You have been sued by the following plaintiff(s):

Mark A Mehner

Plaintiff's Attorney:    Terry K Barber
Address:                 300 N 44th Ste 205
                         Lincoln, NE 68503

Telephone:               (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  9, 2021        BY THE COURT: _____

                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Panera LLC
        CSC Lawyers
        233 S 13th St  #1900
        Lincoln, NE 68508

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

# Certificate of Service

I hereby certify that on Wednesday, October 06, 2021 I provided a true and correct copy of the Return-Summons to the following:

Doe,Jane, service method: Fax

Panera LLC service method: Fax

Furniture Design Studios Inc service method: Fax

Doe,John, service method: Fax

Signature: /s/ Terry Barber (Bar Number: 10188)

Filed in Douglas County Court
*** EFILED ***
Case Number: CI1CI210006689
Transaction ID: 0010416636
Filing Date: 10/06/2021 02:38:10 PM CDT

### SERVICE RETURN

Douglas County Court
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

To:
Case ID: CI 21   6689 Mark A Mehner v. Panera LLC

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                     _____

Mileage ____miles        _____

   TOTAL              $ _____

Date: _____     BY: _____
                                      (Sheriff or authorized person)

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ *Furniture Design Studios Inc + al*

At the following address: _____ *Ninon Trudel CEO*

*(also successfully faxed to published* *1500 Old Country Road*

*fax number 516-802-0887* *Plainview NY 11803*

on the *6th* day of *October* *2021*, as required by Nebraska state law.

                                         *T Barber*

Postage $ *7.53*   Attorney for: *D Mehner*

The return receipt for mailing to the party was signed on _____, _____.

To: Furniture Design Studios Inc        From: Terry K Barber
    Ninon Trudel CEO                          300 N 44th Ste 205
    1500 Old Country Road                     Lincoln, NE 68503
    Plainview, NY 11803

ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D05641662C01

## SUMMONS

Doc. No.   5641662

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21     6689

TO:  Furniture Design Studios Inc

You have been sued by the following plaintiff(s):

Mark A Mehner

Plaintiff's Attorney:    Terry K Barber
Address:                 300 N 44th Ste 205
                         Lincoln, NE 68503

Telephone:               (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  9, 2021        BY THE COURT:

                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

Furniture Design Studios Inc
Ninon Trudel CEO
1500 Old Country Road
Plainview, NY 11803

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

# Certificate of Service

I hereby certify that on Wednesday, October 06, 2021 I provided a true and correct copy of the Return-Summons to the following:

Doe,Jane, service method: Fax

Doe,John, service method: Fax

Furniture Design Studios Inc service method: Fax

Panera LLC service method: Fax

Signature: /s/ Terry Barber (Bar Number: 10188)

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0564456296
Filing Date: 10/06/2021 02:38:10 PM CDT

## SERVICE RETURN

Douglas County Court
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

To:
Case ID: CI 21    6689 Mark A Mehner v. Panera LLC

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                          _____

Mileage ____miles        _____

   TOTAL                $ _____

Date: _____    BY: _____
                                                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ John Doe (Panera)

At the following address: _____ CSC Lawyers

(Also faxed successfully to published    233 S. 13th St. #1900

fax number 314-909-3300)    Lincoln Ne 68908

on the __6th__ day of __October__ __2021__, as required by Nebraska state law.

                                                                    TKB + Barber

Postage $ __7⁵³__    Attorney for: __TT Mehner__

The return receipt for mailing to the party was signed on _____, _____.

To: John Doe
    CSC Lawyers
    233 S 13th St  #1900
    lincoln, NE 68508

From: Terry K Barber
      300 N 44th Ste 205
      Lincoln, NE 68503

ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D05641663C01

**SUMMONS**

Doc. No.   5641663

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21      6689

TO:   John Doe


You have been sued by the following plaintiff(s):

     Mark A Mehner




Plaintiff's Attorney:      Terry K Barber
Address:                   300 N 44th Ste 205
                           Lincoln, NE 68503

Telephone:                 (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL 9, 2021      BY THE COURT:

                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          John Doe
          CSC Lawyers
          233 S 13th St  #1900
          lincoln, NE 68508

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

# Certificate of Service

I hereby certify that on Wednesday, October 06, 2021 I provided a true and correct copy of the Return-Summons to the following:

Panera LLC service method: Fax

Doe,Jane, service method: Fax

Doe,John, service method: Fax

Furniture Design Studios Inc service method: Fax

Signature: /s/ Terry Barber (Bar Number: 10188)

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0041166296
Filing Date: 10/06/2021 02:38:10 PM CDT

## SERVICE RETURN

Douglas County Court
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

To:
Case ID: CI 21   6689 Mark A Mehner v. Panera LLC

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                      _____

Mileage ____ miles        _____

   TOTAL              $ _____

Date: _____   BY: _____
                                 (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ *Furniture Design/Jane Doe*

At the following address: _____ *Ninon Trudel CEO*

*(also successfully faxed to published* _____ *1500 Old Country Rd*

*fax number 516-802-0887)* _____ *Plainview NY 11803*

on the *16th* day of *October* *2021*, as required by Nebraska state law.

*t barber*

Postage $ *7.53*   Attorney for: *T mehner*

The return receipt for mailing to the party was signed on _____, _____.

To: Jane Doe
Ninon Trudel CEO
1500 Old Country Road
Plainview, NY 11803

From: Terry K Barber
300 N 44th Ste 205
Lincoln, NE 68503

ATTACH RETURN RECEIPT & RETURN TO COURT

| Image ID: | SUMMONS | |
|---|---|---|
| D05641664C01 | | Doc. No. 5641664 |

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam-Criminal/Trfc/Probate
1819 Farnam - Civil/Small Claims
Omaha                    NE 68183

Mark A Mehner v. Panera LLC

Case ID: CI 21    6689

TO:  Jane Doe

You have been sued by the following plaintiff(s):

     Mark A Mehner

Plaintiff's Attorney:      Terry K Barber
Address:                   300 N 44th Ste 205
                           Lincoln, NE 68503

Telephone:                 (402) 434-5429

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  APRIL  9, 2021      BY THE COURT: _____
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

        Jane Doe
        Ninon Trudel CEO
        1500 Old Country Road
        Plainview, NY 11803

Method of service:  No Service
no summons is requested at this time

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

# Certificate of Service

I hereby certify that on Wednesday, October 06, 2021 I provided a true and correct copy of the Return-Summons to the following:

Doe,John, service method: Fax

Furniture Design Studios Inc service method: Fax

Doe,Jane, service method: Fax

Panera LLC service method: Fax

Signature: /s/ Terry Barber (Bar Number: 10188)

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0014542982
Filing Date: 10/21/2021 05:59:11 PM CDT

IN THE COUNTY COURT OF DOUGLAS COUNTY NEBRASKA

MARK A. MEHNER ,

     Plaintiff,

vs.

PANERA, LLC, a Foreign Limited
Liability Company, and FUTURE
DESIGN STUDIOS, INC., a New
York Corporation, and JOHN AND
JANE DOE, individuals,

     Defendants.

Case No.  CI-21- 6689

**CERTIFICATE AS
TO SERVICE**

    The undersigned counsel for the Plaintiff hereby certifies that attached hereto and incorporated herein by this reference, are copies of the United States Postal Service hardcopy receipts for certified, first class mailings addressed to the Defendants indicating actual receipt by them or their agents, on October 8 and 12, 2021, respectively, thereby confirming service.

    Dated:  October 21, 2021.

               MARK A. MEHNER, Plaintiff,

               By:  Terry K. Barber
                   His  Attorney

               Terry K. Barber    No. 10188
               Barber & Barber, P.C., L.L.O.
               300 North 44th Street, Suite 205
               P.O. Box 4555
               Lincoln, Nebraska 68504-0555
               (402) 434-5427

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed this date utilizing the JUSTICE E-File System, and that the undersigned counsel relies upon that system to make electronic service upon the attorney of record for all adverse parties herein, electronically.

/s/  Terry K. Barber
Plaintiff's Attorney

2

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Furniture Design Studios Inc
Ninan Tradel CEO        et al.
1500 Old Country Rd
Plainview NY 11803

9590 9402 5583 9274 6318 43

2. Article Number (Transfer from service label)

7019 1640 0000 3212 7788

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
10/15/21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

OCT 15 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Panera LLC et al.
CSC Lawyers
253 S. 13th #1900
Lincoln NE 68508

9590 9402 6083 0125 6494 77

2. Article Number (Transfer from service label)

7019 1640 0000 3212 7795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Anthony M Rager
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

OCT 15 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Certificate of Service

I hereby certify that on Friday, October 22, 2021 I provided a true and correct copy of the Certificate to the following:

Furniture Design Studios Inc service method: No Service

Doe,Jane, service method: No Service

Doe,John, service method: No Service

Panera LLC service method: No Service

Signature: /s/ Terry Barber (Bar Number: 10188)

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0014625812
Filing Date: 11/02/2021 04:19:54 PM CDT

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| **MARK A. MEHNER,** | ) | **CASE NO.: CI 21-6689** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **SEPARATE ANSWER OF PANERA,** |
| | ) | **LLC and DEMAND FOR JURY TRIAL** |
| **PANERA, LLC, a Foreign Limited** | ) | |
| **Liability Company, and FUTURE** | ) | |
| **DESIGN STUDIOS, INC., a New** | ) | |
| **York Corporation, and JOHN AND** | ) | |
| **JANE DOE, individuals,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

COMES NOW the defendant, Panera, LLC, and for their Answer to plaintiff's Complaint, admits, denies and alleges as follows:

1.  Admits paragraphs numbered 1 and 2 of plaintiff's Complaint.

2.  Denies Paragraph 3 of plaintiff's Complaint.

3.  This defendant does not have sufficient information to either admit or deny the allegations contained in Paragraph 4 of plaintiff's Complaint and therefore denies the same.

4.  Admits that portion of Paragraph 5 of plaintiff's Complaint that alleges that on April 11, 2017, the plaintiff was a customer at Panera's restaurant located at 17730 West Center Road in Douglas County, Nebraska, and that while sitting on a chair in the restaurant, the chair failed and the plaintiff fell to the floor. This defendant denies the balance of the allegations contained in Paragraph 5 of plaintiff's Complaint.

5.  Denies Paragraph 6 and all of its various subparts of plaintiff's Complaint.

6.  Denies Paragraphs 7, 8, 9 and 10 of plaintiff's Complaint.

7.  Paragraph 11 of plaintiff's Complaint is an incorporation provision and needs no response from this defendant. To the extent a response is required, the allegations are denied.

8.  Denies Paragraphs 12, 13 and 14 of plaintiff's Complaint. This defendant further alleges that plaintiff's Second Cause of Action as set out in Paragraphs 12, 13, and 14 of their Complaint does not constitute a cause of action under Nebraska law upon which legal relief can be granted.

9.  Paragraph 15 of plaintiff's Complaint is an incorporation provision which needs no response from this defendant. To the extent a response is required, the allegations are denied.

10. Paragraphs 16, 17, 18 and 19 are allegations not directed towards this defendant and need no response from this defendant. To the extent that the allegations contained in Paragraphs 16, 17, 18 and 19 require a response from this defendant, the allegations are denied.

11. Paragraph 20 of plaintiff's Complaint constitutes an incorporation provision that needs no response from this defendant and to the extent a response is required, the allegations are denied.

12. Paragraphs 21, 22 and 23 are allegations not directed towards this defendant, and therefore need no response from this defendant. To the extent a response is required, the allegations contained in Paragraphs 21, 22 and 23 of plaintiff's Complaint, are denied.

13. Denies generally each and every other allegation of plaintiff's Complaint, except such allegations as are admitted above, or which constitute admissions against the interests of the plaintiff.

2

## AFFIRMATIVE DEFENSES

14.    The Second Cause of Action contained in plaintiff's Complaint fails to

state a claim upon which relief can be granted.

15.    The injuries and any damages sustained by the plaintiff was the result of

actions and/or inactions of parties for whom Panera, LLC had no control

or the right of control or any legal responsibility.

WHEREFORE, the defendant, Panera, LLC, prays that plaintiff's Complaint be

dismissed; that judgment be entered herein in favor of this defendant and against the

plaintiff; and that they recover their costs as provided by law.

## DEMAND FOR JURY TRIAL

COMES NOW the defendant, Panera, LLC, and pursuant to the statutes of the

State of Nebraska hereby demands that this matter be tried to a jury.

Dated this 2nd day of November, 2021.

PANERA, LLC, a Foreign Limited Liability
Company, Defendant,

By:   _____

Stephen L. Ahl, #10036
WOLFE SNOWDEN HURD AHL
 SITZMANN TANNEHILL & HAHN, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508
PH: (402) 474-1507
FAX: (402) 474-3170
EM: sahl@wolfesnowden.com

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that a true and correct copy of the foregoing *Separate Answer of Panera, LLC and Demand for Jury Trial* was served upon the following, by first-class United States Mail, postage prepaid, this 2nd day of November, 2021:

Terry K. Barber
Barber & Barber, P.C., L.L.O.
300 North 44th Street, Suite 205
P.O. Box 4555
Lincoln, Nebraska 68504-0555

Stephen L. Ahl

4

# Certificate of Service

I hereby certify that on Tuesday, November 02, 2021 I provided a true and correct copy of the Answer to the following:

Furniture Design Studios Inc service method: No Service

Doe,John, service method: No Service

Doe,Jane, service method: No Service

Mehner,Mark,A represented by Terry Barber (Bar Number: 10188) service method: Electronic Service to terrybarber49@yahoo.com

Panera LLC service method: No Service

Signature: /s/ Ahl,Stephen,L (Bar Number: 10036)

ORDER FOR JURY
PRETRIAL CONFERENCE
Douglas County Court, Civil/Small Claims Division
1819 Farnam Street, Farnam Level, Omaha, NE  68183 (402) 444-5424

*FILED*
*CIVIL/SMALL CLAIMS DIVISION*

**MARK A. MEHNER**,

Plaintiff(s)

NOV 5 2021

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

vs

ORDER FOR JURY
PRETRIAL CONFERENCE

CASE NO. **CI21-6689**

**PANERA, LLC, a Foreign Limited Liability
Company, and FUTURE DESIGN STUDIOS,
INC., a New York Corporation, and JOHN AND
JANE DOE, Individuals**,

Defendant (s)

Jury demand in the above-referenced case has been assigned to the **Honorable Marcena M. Hendrix**.

You are hereby notified that a Jury Pretrial Conference to discuss issues, instructions and trial date will be held before the **Honorable Marcena M. Hendrix on the 5th day of May, 2022 at 10:30 am, in Courtroom No. 21** of the Douglas County Court, Omaha/Douglas Civic Center, 1819 Farnam Street.

It is anticipated that this case will be tried during the month of **June 2022**.

Each of the parties is ordered to appear either personally or through the attorney who is to try this case. All documents, exhibits, photographs and other relevant material in support of each of the parties' contentions shall be available at said pretrial conference to be marked as exhibits.

Each of the parties will provide a complete set of jury instructions.

Failure to appear at the scheduled pretrial conference will result in a judgment being entered against you, or such order as justice may demand.

Date: November 5, 2021.

By the Court: _____
MARCENA M. HENDRIX, County Court Judge



003131939C01

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT TO THE FOLLOWING INDIVIDUALS:

Terry K. Barber
Barber & Barber, P.C., L.L.O.
300 North 44th Street, Suite 205
P.O. Box 4555
Lincoln, NE 68504

Stephen H. Ahl
Wolfe Snowden Hurd Ahl Sitzmann Tannehill & Hahn, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508

BY FIRST CLASS MAIL, POSTAGE PREPAID ON THE 5 DAY OF November, 2021.

_____
JUDICIAL ASSISTANT

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0017849201
Filing Date: 01/14/2022 12:17:36 PM CST

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

| | |
|---|---|
| MARK A. MEHNER, | Case No. CI 21-6689 |
| Plaintiff, | |
| v. | |
| PANERA, LLC; DESIGN STUDIOS, INC.; and JOHN AND JANE DOE, | **ANSWER** |
| Defendants. | |

COMES NOW Furniture Design Studios, Inc. ("FDS"), improperly named as Future Design Studios, Inc.; and for its Answer to Plaintiff's Complaint states as follows:

1.      FDS is without sufficient knowledge or information to form a belief about the truth of the allegations contained in Paragraph 1 of the Complaint and therefore denies the same.

2.      FDS is without sufficient knowledge or information to form a belief about the truth of the allegations contained in Paragraph 2 of the Complaint and therefore denies the same.

3.      FDS admits it is a foreign corporation and that it has delivered products to Nebraska.  The remaining allegations set forth in Paragraph 3 of the Complaint call for legal conclusions, and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.  FDS further denies this Court has personal jurisdiction over FDS.

4.      FDS is without sufficient knowledge or information to form a belief about the truth of the allegations contained in Paragraph 4 of the Complaint and therefore denies the same.

5.      FDS is without sufficient knowledge or information to form a belief about the truth of the allegations contained in Paragraph 5 of the Complaint and therefore denies the same.

6.      The allegations set forth in Paragraph 6 of the Complaint, including subparagraphs (a) – (e), are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

7.      The allegations set forth in Paragraph 7 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

8.      The allegations set forth in Paragraph 8 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

9.      The allegations set forth in Paragraph 9 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

10.     FDS is without sufficient knowledge or information to form a belief about the truth of the allegations contained in Paragraph 10 of the Complaint and therefore denies the same.

11.     FDS incorporates its responses to Paragraphs 1-10 of the Complaint as if set forth herein.

12.     The allegations set forth in Paragraph 12 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

13.     The allegations set forth in Paragraph 13 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

14.     The allegations set forth in Paragraph 14 of the Complaint are directed toward Defendant Panera, LLC ("Panera"), and therefore do not require a response by FDS.  To the extent a response is required, FDS denies.

15.     FDS incorporates its responses to Paragraphs 1-14 of the Complaint as if set forth herein.

4889-6826-4713.1

16.     FDS is without sufficient knowledge or information to form a belief as to whether the "subject chair," as defined in the Complaint, was sold to Panera, LLC by FDS or whether it was delivered and/or installed at the "Restaurant," and therefore denies the same.

17.     FDS is without sufficient knowledge or information to form a belief as to whether it manufactured and/or designed and/or installed the "subject chair," as defined in the Complaint, and therefore denies the same.   FDS denies the remaining allegations set forth in Paragraph 17 of the Complaint.

18.     Denied.

19.     Denied.

20.     FDS incorporates its responses to Paragraphs 1-19 of the Complaint as if set forth herein.

21.     Denied.

22.     Denied.

23.     Denied.

24.     FDS denies any allegations in the WHEREFORE clauses and any unnumbered paragraphs of the Complaint.  FDS further denies that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2.     Plaintiff's claims are barred due to the applicable statute of limitations.

3.     Plaintiff's claims are barred because this Court lacks personal jurisdiction over FDS.

4.      Plaintiff's claims are barred in whole, or in part, due to Plaintiff's assumption of risk.

5.      Plaintiff's claims are barred in whole, or in part, due to Plaintiff's contributory and/or comparative negligence.

6.      Plaintiff's alleged damages, if any, are the result of the actions and/or inactions of a third party, including, but not limited to Defendant Panera LLC, for which FDS is not responsible or liable.

7.      Plaintiff's alleged damages, if any, were the result of an unforeseeable intervening and/or superseding cause.

8.      Plaintiff failed to mitigate his damages.

9.      Plaintiff's claims are barred in whole, or in part, due to a failure to join necessary and indispensable parties to the litigation.

10.     Plaintiff's claims are barred due to spoliation of evidence.

11.     Plaintiff's claims are barred due to laches, unclean hands and/or estoppel.

12.     FDS reserves its right to supplement its Affirmative Defenses as evidence is disclosed during discovery.

WHEREFORE, Defendant Furniture Design Studios, Inc. respectfully requests this Court dismiss Plaintiff's claims with prejudice and award FDS its reasonable costs and fees incurred in defending this action.

**FDS demands a jury trial.**

4

Dated this 14th day of January, 2022.

FURNITURE DESIGN STUDIOS,
INC., Defendant,

By /s/ Matthew M. Enenbach
    Matthew M. Enenbach #22891
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    (402) 346-6000
    matthew.enenbach@kutakrock.com

5

# Certificate of Service

I hereby certify that on Friday, January 14, 2022 I provided a true and correct copy of the Answer to the following:

Doe,Jane, service method: No Service

Mehner,Mark,A represented by Terry Barber (Bar Number: 10188) service method: Electronic Service to terrybarber49@yahoo.com

Panera LLC represented by Ahl,Stephen,L (Bar Number: 10036) service method: Electronic Service to sahl@wolfesnowden.com

Furniture Design Studios Inc service method: No Service

Doe,John, service method: No Service

Signature: /s/ Enenbach,Matthew Mark (Bar Number: 22891)

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CI210006689
Transaction ID: 0018235749
Filing Date: 04/16/2022 05:41:11 PM CDT

IN THE COUNTY COURT OF DOUGLAS COUNTY NEBRASKA

MARK A. MEHNER,                                  Case No.  CI-21-6689
                    Plaintiff,

vs.

PANERA, LLC, a Foreign Limited
Liability Company, and FURNITURE           **REQUEST FOR**
DESIGN STUDIOS, INC., a New                **TRANSFER**
York Corporation, and JOHN AND
JANE DOE, individuals,
                    Defendants.

   COMES NOW the Plaintiff, by counsel, and pursuant to Neb. Rev.
Stat. § 25-2706 (1), requests that this case be transferred to the District
Court of Douglas County, Nebraska, for the reason that during
developments in discovery in this matter, and due to increasing and
ongoing special damages to the Plaintiff, in particular, it is indicated to the
Plaintiff that the amount which is in controversy in this case is greater
than the jurisdictional amount set forth in subdivision (5) of section 24-517
of the Nebraska Revised Statutes.

   Dated:  April 16, 2022.

       MARK A. MEHNER, Plaintiff,
       By:  Terry K. Barber
        His  Attorney
       Terry K. Barber  No. 10188
       Barber & Barber, P.C., L.L.O.
       300 North 44th Street, Suite 205
       P.O. Box 4555
       Lincoln, Nebraska 68504-0555
       (402) 434-5427

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed this date utilizing the JUSTICE E-File System, and that the undersigned counsel relies upon that system to make electronic service upon the attorney of record for all adverse parties herein.

/s/  Terry K. Barber
Plaintiff's Attorney

### NEB. CT. R. § 2-103(C)(4) CERTIFICATE

The foregoing document or brief complies with the word count required by Neb. Ct. R. § 2-103.  The undersigned, in making this Certificate is relying upon the word count function of the word-processing software which has been used to prepare this document or brief, which software is Microsoft Word (Office) 2010.  As well, the foregoing document or brief complies with the typeface requirements of the foregoing Rule, by using 12-point, Palatino, and contains 437 words.

/s/  Terry K. Barber
Plaintiff's Attorney

# Certificate of Service

I hereby certify that on Monday, April 18, 2022 I provided a true and correct copy of the Motion to Transfer to the following:

Doe,John, service method: No Service

Panera LLC represented by Ahl,Stephen,L (Bar Number: 10036) service method: Electronic Service to sahl@wolfesnowden.com

Doe,Jane, service method: No Service

Furniture Design Studios Inc represented by Enenbach,Matthew Mark (Bar Number: 22891) service method: Electronic Service to matthew.enenbach@kutakrock.com

 Signature: /s/ Terry Barber (Bar Number: 10188)

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

*Mark A Mehner*

CASE NO. *CI 21 6689*

_____
Plaintiff(s),

vs. *Panera LLC Et Al*

**ORDER**

FILED
CIVIL/SMALL CLAIMS DIVISION

APR 2 0 2022

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

_____
Defendant(s).

THIS MATTER came on for hearing/trial on the ___ day of _____, 20___,

on Plaintiff's(s')/Defendant's(s') *Request for Transfer*.

The Plaintiff(s) ☐ Appeared ☐ Failed to Appear ☐ Personally ☐ By Counsel
_____

The Defendant(s) ☐ Appeared ☐ Failed to Appear ☐ Personally ☐ By Counsel
_____

Based upon consideration of the foregoing, judgment is rendered as follows:

☐ 1. Judgment for _____ and against _____
in the sum of $_____; plus court costs, attorney fees in the amount of
$_____, and accrued interest in the amount of $_____. Interest to accrue at
the rate of _____% per anum.

☐ 2. Hearing on Order in Aid held. ☐ Withdrawn

    ☐ Defendant appeared, sworn and released. ☐ No Action Taken.

    ☐ Defendant fails to appear, capias to issue. ☐ Insufficient Service.
    Bond set at $_____ (cash) (10%).

☐ 3. _____ motion for summary judgment is (sustained) (overruled).

☐ 4. _____ case is dismissed (with)/(without) prejudice; costs taxed to
_____

☐ 5. The ☑ Plaintiff's(s') ☐ Defendant's(s') Motion is ☑ Granted ☐ Denied ☐ Withdrawn

    ☐ Separate Order signed

☐ 6. Hearing continued to _____

    ☐ Plaintiff ☐ Defendant to give written notice to oppo

☐ 7. Court further finds as follows: _____
_____

003149477C01

☐ Exhibit(s) _____ received.
IT IS SO ORDERED.

Dated: *4/20/22*

BY THE COURT,

_____
County Court Judge

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on April 20, 2022    , I served a copy of the foregoing
document upon the following persons at the addresses given, by mailing by United States Mail,
postage prepaid, or via E-mail:

Stephen L Ahl                              Matthew M Enenbach
sahl@wolfesnowden.com                      matthew.enenbach@kutakrock.com



John Doe                                   Jane Doe
CSC Lawyers                                Ninon Trudel CEO
233 S 13th St  #1900                       1500 Old Country Road
lincoln, NE 68508                          Plainview, NY 11803


Terry K Barber
terrybarber49@yahoo.com


Date:  April 20, 2022      BY THE COURT: _____

                                                      CLERK

| | Certificate of eTranscript | Page:        1 |
| --- | --- | --- |
| | | DATE:   4/21/2022 |

DOUGLAS COUNTY COURT

County Court No.          CI 21    6689

Mark A Mehner v. Panera LLC

I, Charlene Tanner, do hereby certify that I have attached to this
certificate the original record of this case; that it is correct and the
complete original record; that I have the legal custody and control of the
original record; that this court is a court of record, has a seal and the
seal is affixed; and that the foregoing attestation is correct, according
to the laws of the State of Nebraska.

Date:   April 21, 2022     Signature:   /S/ Charlene Tanner

