IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK A. MEHNER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PANERA, LLC, a Foreign Limited Liability Company; JOHN DOE, individuals; and JANE DOE, individuals;<br><br>　　　　　　Defendants. | **8:22CV168**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) On or before September 6, 2023, the parties shall complete the discovery discussed during the August 4 and August 14, 2023 conference calls. (Filing Nos. [76](#) and [77](#), audio files).

2) The deadline for filing motions to dismiss and motions for summary judgment is now October 6, 2023.

3) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of the circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of August, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge